UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, and<br>RYAN NOAH SHAPIRO<br>c/o Law Office of Jeffrey L. Light<br>1712 Eye St., NW, Suite 915<br>Washington, DC 20006<br><br><br>PLAINTIFFS<br>vs.<br><br>DEPARTMENT OF TREASURY,<br>Washington, DC 20220,<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br><br><br>DEFENDANTS | Judge _____<br>Civil Action No. _____ |

## **COMPLAINT**

### THE PARTIES

1.      Plaintiff Ryan Noah Shapiro is a Ph.D. candidate in the Department of Science,

Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a

Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University.

Plaintiff is an historian of national security, the policing of dissent, and governmental

transparency.

2.      Plaintiff Jason Leopold is an investigative reporter for VICE News covering a

wide-range of issues, including Guantanamo, national security, counterterrorism, civil liberties,

human rights, and open government. Additionally, his reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

3.     Defendant Department of Justice (DOJ) is an agency of the United States.

4.     The Federal Bureau of Investigation (FBI) is a component of Defendant DOJ.

5.     Defendant Department of Treasury is an agency of the United States.

6.     The Internal Revenue Service (IRS) is a component of Defendant Department of Treasury.

7.     The FBI and IRS have possession, custody and control of the records Plaintiff seeks.

## JURISDICTION AND VENUE

8.     This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

9.     This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

10.     Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### BACKGROUND

IRS

11.     On several occasions, Donald J. Trump has indicated a willingness to disclose his individual income tax returns. In a 19 April 2011 interview with ABC News, Trump stated, "I'd love to give my tax returns."  In May 2014, Trump told Ireland's TV3, "[I]f I decide to run for

office, I'll produce my tax returns, absolutely and I would love to do that." In February 2015, Trump told radio host Hugh Hewitt that he would "certainly" release at least some of his returns if he ran for the White House, and that he had "no objection" to doing so.

12.     On 25 February 2016, Trump said during the CNN-Telemundo Republican Debate, "I want to release my tax returns but I can't release it while I'm under an audit."

13.     The official website for Donald J. Trump's presidential campaign contains a letter from Mr. Trump's personal tax counsel indicating that the IRS has and continues to audit his individual income tax returns. The letter discloses that Mr. Trump's "personal tax returns have been under continuous examination by the Internal Revenue Service since 2002[.]" The letter further discloses that Mr. Trumps "tax returns for the years 2002 through 2008 have been closed administratively by agreement with the IRS without assessment or payment, on a net basis, of any deficiency. Examinations for returns for the 2009 year and forward are ongoing."

14.     On 26 February 2016, IRS Commissioner John Koskinen said that it is "rare" for an individual taxpayer to be audited every year, as Trump says he has. Mr. Koskinen further stated that there is nothing legally stopping any taxpayer from releasing his returns publicly.


FBI

15.     On August 9, 2016, Donald J. Trump stated, "If she gets to pick her judges, nothing you can do, folks," and, "Although the Second Amendment people — maybe there is, I don't know."

16.     On July 27, 2016, Donald J. Trump stated, "Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing," and, "I think you will probably be rewarded mightily by our press."

**PLAINTIFFS' FOIA REQUESTS**

17.     On August 18, 2016, Plaintiffs, by and through undersigned counsel submitted a FOIA request to the IRS via fax for four categories of records: "any and all audits of Donald J. Trump's individual income tax returns for tax years 2002 forward"; "any and all records mentioning or referring to audits of Donald J. Trump's individual income tax returns for tax years 2002 forward"; "any and all requests by law enforcement agencies for copies of Donald J. Trump's individual tax returns"; and "any and all records mentioning or referring to requests by law enforcement agencies for copies of Donald J. Trump's individual tax returns."

18.     The request sought expedited processing.

19.     As of the filing of this Complaint, Plaintiffs have not received a response from the IRS as to whether or not their request for expedited processing will be granted.

20.     On August 18, 2016, Plaintiffs, by and through undersigned counsel submitted two FOIA requests to the FBI via email.

21.     The first request sought "disclosure of any and all records, including investigative records, mentioning or referring to Donald J. Trump's statements on 9 August 2016, 'If she gets to pick her judges, nothing you can do, folks,' and 'Although the Second Amendment people — maybe there is, I don't know.'"

22.     The second request sought "disclosure of any and all records, including investigative records, mentioning or referring to Donald J. Trump's statement on 27 July 2016, 'Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing,' and 'I think you will probably be rewarded mightily by our press.'"

23.     Both requests to the FBI were accompanied by a request for expedited processing.

24.     As of the filing of this Complaint, Plaintiffs have not received a response from the FBI as to whether or not their request for expedited processing will be granted.


## COUNT I:
## VIOLATION OF FOIA

25.     This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

26.     The IRS has failed to grant or even rule on Plaintiffs' request for expedited processing.

27.     The FBI has failed to grant or even rule on Plaintiffs' request for expedited processing.

28.     Plaintiffs are deemed to have exhausted their administrative remedies because over 10 calendar days have elapsed without a determination as to whether or not they are entitled to expedited processing.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendants' failure to comply with FOIA to be unlawful;

(2) Order Defendants to immediately process Plaintiffs' FOIA requests;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiffs such other and further relief which the Court deems proper.


Respectfully Submitted,

_/s/ Jeffrey Light_____
        Jeffrey L. Light
        D.C. Bar #485360
        1712 Eye St., NW
        Suite 915
        Washington, DC 20006
        (202)277-6213
        Jeffrey@LawOfficeOfJeffreyLight.com

        *Counsel for Plaintiff*