UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>            PLAINTIFFS<br>    vs.<br>INTERNAL REVENUE SERVICE, et al.,<br><br>            DEFENDANTS | )<br>)<br>) Civil Action No. 1:16-cv-1827 (KBJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL

Due to changed circumstances, Plaintiffs hereby voluntarily dismiss Defendant Internal Revenue Service (IRS). *See* Fed. R. Civ. Pro. Rule 41(a)(1)(A)(i).

Dismissal without an order of court is proper because Defendant IRS has not filed an Answer or Motion for Summary Judgment.

Respectfully Submitted,

  /s/ Jeffrey Light
    Jeffrey L. Light
    D.C. Bar #485360
    1712 Eye St., NW
    Suite 915
    Washington, DC 20006
    (202)277-6213
    Jeffrey@LawOfficeOfJeffreyLight.com
    *Counsel for Plaintiffs*